**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**TRICE DAWKINS**                                                                 **PLAINTIFF**

**v.**                                  **CASE NO. 4:21-CV-00380-BSM**

**SOCIAL SECURITY ADMINISTRATION**                                **DEFENDANT**

**ORDER**

After reviewing the entire record de novo, including Trice Dawkins's objections,

United States Magistrate Judge Jerome T. Kearney's recommended disposition [Doc. No. 12]

is adopted.  The Commissioner's decision is therefore affirmed and the complaint [Doc. No.

1] is dismissed with prejudice.

IT IS SO ORDERED this 4th day of August, 2022.

_____
UNITED STATES DISTRICT JUDGE