IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

TRICE DAWKINS                                                                                    PLAINTIFF

v.                              CASE NO. 4:21-CV-00380-BSM

SOCIAL SECURITY ADMINISTRATION                                              DEFENDANT

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 4th day of August, 2022.

_____
UNITED STATES DISTRICT JUDGE